B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Middle District of Alabama

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Palmer Properties, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>63-1029604 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2310 Spruce Street<br>Montgomery, AL<br>ZIP Code 36107 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Montgomery | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

*** CAMERON A. METCALF ASB-9874-E48C ***

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | Palmer Properties, Inc. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br> Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Palmer Properties, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X  /s/ CAMERON A. METCALF
Signature of Attorney for Debtor(s)

 CAMERON A. METCALF ASB-9874-E48C
Printed Name of Attorney for Debtor(s)

 ESPY, METCALF & ESPY, P.C.
Firm Name

 326 NORTH OATES STREET
 POST OFFICE DRAWER 6504
 DOTHAN, AL 36302-6504
Address

 334-793-6288  Fax: 334-712-1617
Telephone Number

 May 13, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ William A. Palmer
Signature of Authorized Individual

 William A. Palmer
Printed Name of Authorized Individual

 President
Title of Authorized Individual

 May 13, 2010
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**United States Bankruptcy Court**
**Middle District of Alabama**

In re  **Palmer Properties, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **William A. Palmer**, declare under penalty of perjury that I am the **President** of **Palmer Properties, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the  **13**  day of  **May**  , 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **William A. Palmer**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **William A. Palmer**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **William A. Palmer**, **President** of this Corporation is authorized and directed to employ **CAMERON A. METCALF ASB-9874-E48C**, attorney and the law firm of **ESPY, METCALF & ESPY, P.C.** to represent the corporation in such bankruptcy case."

Date  **May 13, 2010**

Signed  **/s/ William A. Palmer**
**William A. Palmer**

# Resolution of Board of Directors
## of
## **Palmer Properties, Inc.**

      Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

      Be It Therefore Resolved, that **William A. Palmer**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

      Be It Further Resolved, that **William A. Palmer**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

      Be It Further Resolved, that **William A. Palmer**, **President** of this Corporation is authorized and directed to employ **CAMERON A. METCALF ASB-9874-E48C**, attorney and the law firm of **ESPY, METCALF & ESPY, P.C.** to represent the corporation in such bankruptcy case.

Date    May 13, 2010                  Signed   /s/ William A. Palmer

Date                                        Signed

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Alabama

In re   Palmer Properties, Inc.   Case No.
                 Debtor(s)        Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MAX FEDERAL CREDIT UNION P.O. BOX 244040 MONTGOMERY, AL 36124-4040 | MAX FEDERAL CREDIT UNION P.O. BOX 244040 MONTGOMERY, AL 36124-4040 | THE WOODS APARTMENT COMPLEX LOCATED ON 750 - 756 EAST 6TH STREET, PRATTVILLE, AL | | 1,286,654.03 (1,189,590.00 secured) |
| WELLS FARGO BANK, N.A. P.O. BOX 4233 PORTLAND, OR 97208-4233 | WELLS FARGO BANK, N.A. P.O. BOX 4233 PORTLAND, OR 97208-4233 | ????????????? LOCATED AT WATERS EDGE, FT WORTH, FLORIDA | | 28,068.98 (0.00 secured) |
| CHILTON COUNTY TAX COLLECTOR P.O. BOX 1760 CLANTON, AL 35046 | CHILTON COUNTY TAX COLLECTOR P.O. BOX 1760 CLANTON, AL 35046 | PROPERTY TAXES | | 26,871.78 |
| REVENUE COMMISSIONER MONTGOMERY COUNTY P.O. BOX 1667 MONTGOMERY, AL 36102 | REVENUE COMMISSIONER MONTGOMERY COUNTY P.O. BOX 1667 MONTGOMERY, AL 36102 | PROPERTY TAXES | | 22,866.03 |
| BERN BUTLER CAPILOUTO & MASSEY PC P.O. BOX 230250 MONTGOMERY, AL 36123-0250 | BERN BUTLER CAPILOUTO & MASSEY PC P.O. BOX 230250 MONTGOMERY, AL 36123-0250 | ACCOUNTING FEES | | 19,251.27 |
| AUTAUGA COUNTY REVENUE 135 D COURT STREET #D PRATTVILLE, AL 36067 | AUTAUGA COUNTY REVENUE 135 D COURT STREET #D PRATTVILLE, AL 36067 | PROPERTY TAXES | | 7,516.97 |
| DIVERSIFIED STEEL FABRICATORS 195 JEANETTE BARRETT IND PKWY WETUMPKA, AL 36092 | DIVERSIFIED STEEL FABRICATORS 195 JEANETTE BARRETT IND PKWY WETUMPKA, AL 36092 | ON ACCOUNT | | 7,500.00 |
| GVE OWNERS ASSOCIATION 10719 FRONT BEACH ROAD PANAMA CITY BEACH, FL 32407-3582 | GVE OWNERS ASSOCIATION 10719 FRONT BEACH ROAD PANAMA CITY BEACH, FL 32407-3582 | ON ACCOUNT | | 7,050.31 |

B4 (Official Form 4) (12/07) - Cont.

In re  Palmer Properties, Inc.            Case No. _____
                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | CREDIT CARD | | 5,572.16 |
| MONTGOMERY WHOLESALE LUMBER<br>P.O. BOX 2188<br>MONTGOMERY, AL 36104 | MONTGOMERY WHOLESALE LUMBER<br>P.O. BOX 2188<br>MONTGOMERY, AL 36104 | ON ACCOUNT | | 3,393.16 |
| ALABAMA DEPT OF REVENUE<br>COLLECTIONS DIVISION<br>P.O. BOX 327820<br>MONTGOMERY, AL 36132-7820 | ALABAMA DEPT OF REVENUE<br>COLLECTIONS DIVISION<br>P.O. BOX 327820<br>MONTGOMERY, AL 36132-7820 | ???????????? | | 3,343.33 |
| SHON LEE<br>LEE OUTDOOR SIGN<br>P.O. BOX 241774<br>MONTGOMERY, AL 36124-1774 | SHON LEE<br>LEE OUTDOOR SIGN<br>P.O. BOX 241774<br>MONTGOMERY, AL 36124-1774 | JUDGMENT | | 3,111.00 |
| HOLLOWAY & MOXLEY<br>P O BOX 4953<br>MONTGOMERY, AL 36103 | HOLLOWAY & MOXLEY<br>P O BOX 4953<br>MONTGOMERY, AL 36103 | ATTORNEY FEES | | 2,718.44 |
| COLE PLUMBING<br>P.O. BOX 70427<br>MONTGOMERY, AL 36107 | COLE PLUMBING<br>P.O. BOX 70427<br>MONTGOMERY, AL 36107 | ON ACCOUNT | | 2,075.00 |
| INSITE MEDIACOM, INC.<br>150 NW 70TH AVENUE, STE 3, 2ND FLOOR<br>PLANTATION, FL 33317 | INSITE MEDIACOM, INC.<br>150 NW 70TH AVENUE, STE 3, 2ND FLOOR<br>PLANTATION, FL 33317 | ON ACCOUNT | | 2,000.00 |
| BAGBY ELEVATOR<br>P.O. BOX 320919<br>BIRMINGHAM, AL 35222 | BAGBY ELEVATOR<br>P.O. BOX 320919<br>BIRMINGHAM, AL 35222 | ON ACCOUNT | | 1,880.98 |
| PROFESSIONAL MGMT<br>521 F OLIVER ROAD<br>MONTGOMERY, AL 36117 | PROFESSIONAL MGMT<br>521 F OLIVER ROAD<br>MONTGOMERY, AL 36117 | ON ACCOUNT | | 1,703.00 |
| WIREGRASS CONSTRUCTION<br>P.O. BOX 929<br>DOTHAN, AL 36302 | WIREGRASS CONSTRUCTION<br>P.O. BOX 929<br>DOTHAN, AL 36302 | ON ACCOUNT | | 1,494.88 |
| RPM (SPRINT)<br>20816 44TH AVENUE WEST<br>LYNNWOOD, WA 98036 | RPM (SPRINT)<br>20816 44TH AVENUE WEST<br>LYNNWOOD, WA 98036 | ON ACCOUNT | | 1,233.19 |
| BUILDERS FLOORING CONNECTION<br>2810 MAIN STREET<br>MILLBROOK, AL 36054 | BUILDERS FLOORING CONNECTION<br>2810 MAIN STREET<br>MILLBROOK, AL 36054 | ON ACCOUNT | | 1,092.70 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Palmer Properties, Inc.  
          Debtor(s)

Case No.  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  May 13, 2010

Signature  /s/ William A. Palmer  
William A. Palmer  
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Alabama

In re    Palmer Properties, Inc.            Case No.           
                               Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 13, 2010                     /s/ William A. Palmer
                                                   William A. Palmer/President
                                                   Signer/Title

PALMER PROPERTIES, INC.
2310 SPRUCE STREET
MONTGOMERY AL 36107


A-1 APPLIANCE PARTS
2300 SPRUCE STREET
MONTGOMERY AL 36107


ALABAMA DEPT OF REVENUE
COLLECTIONS DIVISION
P.O. BOX 327820
MONTGOMERY AL 36132-7820


AMTRUST BANK
P.O. BOX 742579
CINCINNATI OH 45274-2579


AT&T / BELLSOUTH
P.O. BOX 163250
COLUMBUS OH 43216-3250


AUTAUGA COUNTY REVENUE
135 D COURT STREET #D
PRATTVILLE AL 36067


BAGBY ELEVATOR
P.O. BOX 320919
BIRMINGHAM AL 35222


BANKTRUST
P.O. BOX 3067
MOBILE AL 36652


BERN BUTLER CAPILOUTO & MASSEY PC
P.O. BOX 230250
MONTGOMERY AL 36123-0250

BLUE PRINT SUE
P.O. BOX 70161
MONTGOMERY AL 36107-0161


BUILDERS FLOORING CONNECTION
2810 MAIN STREET
MILLBROOK AL 36054


C&W HEATING
5644 BELL ROAD
MONTGOMERY AL 36116


CAPITALSOUTH BANK/IBERIABANK
4180 CARMICHAEL ROAD
MONTGOMERY AL 36106


CHASE
PO BOX 15298
WILMINGTON DE 19850-5298


CHILTON COUNTY TAX COLLECTOR
P.O. BOX 1760
CLANTON AL 35046


CITY OF MONTGOMERY
DEPT OF FINANCE - TAX & LICENSE DIV
P.O. BOX 1111
MONTGOMERY AL 36101-1111


CITY OF PRATTVILLE
P.O. BOX 680190
PRATTVILLE AL 36067-3033


COLE PLUMBING
P.O. BOX 70427
MONTGOMERY AL 36107

```
COMPASS BANK
701 SOUTH 32ND STREET
BIRMINGHAM AL 35233



CONNIE'S PEST CONTROL
122 WEST PARK AVENUE
MONTGOMERY AL 36110



DE LAGE LANDEN FIN'L SVCS, INC.
1111 OLD EAGLE SCHOOL RD
WAYNE PA 19087-6608



DIVERSIFIED STEEL FABRICATORS
195 JEANETTE BARRETT IND PKWY
WETUMPKA AL 36092



FENCO, LLC
P.O. BOX 230308
MONTGOMERY AL 36123-0308



GARDNER CARPETS
P.O. BOX 210429
MONTGOMERY AL 36121-0429



GVE OWNERS ASSOCIATION
10719 FRONT BEACH ROAD
PANAMA CITY BEACH FL 32407-3582



HARE APPLIANCE STORE
105 MONTRIUS COURT
PRATTVILLE AL 36066



HOLLOWAY & MOXLEY
P O BOX 4953
MONTGOMERY AL 36103
```

HOLLOWAY CREDIT SVCS
P.O. BOX 998
ROME GA 30162


IBL, LLC
25-A CAROL VILLA DRIVE
MONTGOMERY AL 36109


INSITE MEDIACOM, INC.
150 NW 70TH AVENUE, STE 3, 2ND FLOOR
PLANTATION FL 33317


KNOX PEST
1570 NORTH EASTERN BLVD
MONTGOMERY AL 36117-2225


MARY JOHN GARRETT BYRD
3526 SUMMERHILL RIDGE
MONTGOMERY AL 36111


MAX FEDERAL CREDIT UNION
P.O. BOX 244040
MONTGOMERY AL 36124-4040


MONTGOMERY WHOLESALE LUMBER
P.O. BOX 2188
MONTGOMERY AL 36104


MOORE ELECTRIC
700  SPROTT ROAD
MONTGOMERY AL 36117


PARNELL & CRUM, P.A.
641 SOUTH LAWRENCE STREET
MONTGOMERY AL 36104

PEC
822 S MCDONOUGH STREET
MONTGOMERY AL 36104


PEOPLES SOUTHERN
P.O. BOX 269
CLANTON AL 35046


PITNEY BOWES
P.O. BOX 856042
LOUISVILLE KY 40285-6042


PROFESSIONAL MGMT
521 F OLIVER ROAD
MONTGOMERY AL 36117


REVENUE COMMISSIONER
MONTGOMERY COUNTY
P.O. BOX 1667
MONTGOMERY AL 36102


RMS (STARKE AGENCY)
300 ARBORETUM PLACE #160
RICHMOND VA 23236


ROTO ROOTER
P.O. BOX 11685
MONTGOMERY AL 36111


RPM (SPRINT)
20816 44TH AVENUE WEST
LYNNWOOD WA 98036


SHON LEE
LEE OUTDOOR SIGN
P.O. BOX 241774
MONTGOMERY AL 36124-1774

SIGNS IN ONE DAY
14 FORREST HILL DRIVE
MONTGOMERY AL 36109


SILENT SENTRY ELECTRONIC SVC
309 MENDAL PKWY
MONTGOMERY AL 36117


STERLING BANK
4121 CARMICHAEL ROAD
MONTGOMERY AL 36106


TERRY WILSON
1785 TALIAFERRO TRAIL #6
MONTGOMERY AL 36117


WELLS FARGO BANK, N.A.
P.O. BOX 4233
PORTLAND OR 97208-4233


WHITNEY NATIONAL BANK
P.O. BOX 95480
NEW ORLEANS LA 70195-5480


WINGS LOCKSMITH SHOP
P.O. BOX 240005
MONTGOMERY AL 36124


WIREGRASS CONSTRUCTION
P.O. BOX 929
DOTHAN AL 36302


IBERIABANK
P.O. BOX 12440
NEW IBERIA LA 70562-2440

NEWSOME LAW, LLC
P.O. BOX 382753
BIRMINGHAM AL 35238


ROBERT E. WALTON, ESQ.
794 PENLLYN PIKE
BLUE BELL PA 19422